UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CNY FAIR HOUSING, INC., | Case No. 5:22-cv-01172 (TJM/TWD) |
| Plaintiff, | |
| v. | |
| PAINTED POST, LLC D/B/A BROOKDALE EAST SIDE; SH ITHACA OPERATOR, INC. D/B/A BROOKDALE ITHACA; ITHACA STERLING COTTAGE OPERATOR, INC. D/B/A/ BROOKDALE ITHACA; BROOKDALE SENIOR LIVING COMMUNITIES, INC.; | |
| Defendants. | |

## JOINT NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CNY FAIR HOUSING, INC. ("Plaintiff") and PAINTED POST, LLC D/B/A BROOKDALE EAST SIDE; SH ITHACA OPERATOR, INC. D/B/A BROOKDALE ITHACA; ITHACA STERLING COTTAGE OPERATOR, INC. D/B/A BROOKDALE ITHACA; BROOKDALE SENIOR LIVING COMMUNITIES, INC., ("Defendants") (Plaintiff and Defendants are collectively the "Parties") hereby file this Joint Notice of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned parties, that this action is dismissed against Defendants with prejudice, and without costs to either party, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

Respectfully Submitted,

EISENBERG & BAUM, LLP

By: _____
Andrew Rozynski, Esq.
24 Union Square East, Penthouse
New York, NY 10003
Telephone No. 212-353-8700
Fax No. 917-591-2875
arozynski@eandblaw.com
*Attorneys for Plaintiff*

By: /s/ Daniel LeCours
Harris Beach, PLLC
677 Broadway, Suite 1101
Albany, NY 12207
Telephone- 518-701-2749
Fax No.- 518-427-0235
dlecours@HarrisBeach.com
*Attorneys for Defendants*

IT IS SO ORDERED.
DATED: 9/6/2023

_____
Hon. Thomas J. McAvoy
Senior U.S. District Judge

2